Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tonya N. Turner
   37 Langdon Road
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−3701

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/1/19 at 09:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:49 Motion for Relief from Stay re: 37 Langdon Road, Burlington, NJ 08016. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 09/13/2019. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certificate # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 9/16/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court