Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tonya N. Turner
  37 Langdon Road
  Burlington, NJ 08016

Social Security No.:
  xxx−xx−3701

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/15/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 15, 2020
JAN: bwj

                                                                Jeanne Naughton
                                                                Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 17-10636-MBK
Tonya N. Turner                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin               Page 1 of 3            Date Rcvd: Jan 15, 2020
                               Form ID: 148              Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db           +Tonya N. Turner,    37 Langdon Road,    Burlington, NJ 08016-2946
cr           +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
516589116    +AA Bail Bonds,    Acct No xx-xxxxxx-2005,    33 Grant Street,    Mount Holly, NJ 08060-1308
516616179    +ABC Bail Bonds,    Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,
               Cherry Hill, NJ 08034-3229
516589118     ARS,    POB 459079,    Sunrise, FL 33345-9079
516589120    +Atlantic City Electric,    Acct No xxxxxxx7292,    295 North Grove Street,
               Berlin, NJ 08009-9544
516589123    +Burlington County Board of Social Serv.,    Acct No xx-xxxxxx-1998,    795 Woodlane Road,
               Suite 100,    Westampton, NJ 08060-3832
516589124    +Burlington County Board of Social Serv.,    Acct No xx-xxxxxx-1999,    795 Woodlane Road,
               Suite 100,    Westampton, NJ 08060-3832
516589125    +Burlington County Board of Social Serv.,    Acct No xx-xxxxxx-2001,    795 Woodlane Road,
               Suite 100,    Westampton, NJ 08060-3832
516589126    +Burlington County Board of Social Serv.,    Acct No xx-xxxxxx-2006,    795 Woodlane Road,
               Suite 100,    Westampton, NJ 08060-3832
516589127    +Burlington County Board of Social Serv.,    Acct No xx-xxxxxx-2011,    795 Woodlane Road,
               Suite 100,    Westampton, NJ 08060-3832
516589122    +Burlington County Board of Social Serv.,    Acct No xxxx818C,    795 Woodlane Road,   Suite 100,
               Westampton, NJ 08060-3832
516589128    +Burro and Filauro,    Acct No xx-xxxxxx-2005,    564 Shore Road,    Somers Point, NJ 08244-2416
516721734    +Camden County Board of Freeholders,    Courthouse, Suite 306,    520 Market Street,
               Camden, NJ 08102-1300
516721733    +Camden County Board of Social Services,    Attn: Edward H. Hill, Esquire,    600 Market Street,
               Camden, NJ 08102-1255
516589130     Emergency Physicians of South Jersey,    Acct No 3113,    25858 Ridge Park Drive,
               Akron, OH 44333-8203
516589132    +Geraldine A. Nardello, Chairwoman,    Acct No xx-xxxxxx-1998,
               Burlington County Board of Social Servic,    795 Woodlane Road,    Westampton, NJ 08060-3832
516589133    +Geraldine A. Nardello, Chairwoman,    Acct No xx-xxxxxx-1999,
               Burlington County Board of Social Servic,    795 Woodlane Road,    Westampton, NJ 08060-3832
516589134    +Geraldine A. Nardello, Chairwoman,    Acct No xx-xxxxxx-2001,
               Burlington County Board of Social Servic,    795 Woodlane Road,    Westampton, NJ 08060-3832
516589135    +Geraldine A. Nardello, Chairwoman,    Acct No xx-xxxxxx-2006,
               Burlington County Board of Social Servic,    795 Woodlane Road,    Westampton, NJ 08060-3832
516589136    +Geraldine A. Nardello, Chairwoman,    Acct No xx-xxxxxx-2011,
               Burlington County Board of Social Servic,    795 Woodlane Road,    Westampton, NJ 08060-3832
516589131    +Geraldine A. Nardello, Chairwoman,    Acct No xxxx818C,
               Burlington County Board of Social Serv.,    795 Woodlane Road,    Westampton, NJ 08060-3832
516589137    +Kim’s Landscaping Service,    138 Wentz Street,    Philadelphia, PA 19120-2436
516589139     New Jersey Attorney General Office,    Acct No xxxxx3020,    Division of Law - Justice Complex,
               25 Market Street,    PO Box 112,    Trenton, NJ 08625-0112
516589140    +Office of the Public Defender,    100 High Street,    Second Floor,    Mount Holly, NJ 08060-1458
516589146    +Office of the Public Defender,    Acct No xx-xxxxxx-2006,    100 High Street,    Second Floor,
               Mount Holly, NJ 08060-1458
516589141    +Office of the Public Defender,    Acct No xx-xxxxxx-2007,    100 High Street,    Second Floor,
               Mount Holly, NJ 08060-1458
516589147    +Office of the Public Defender,    Acct No xx-xxxxxx-2008,    100 High Street,    Second Floor,
               Mount Holly, NJ 08060-1458
516589149    +Office of the Public Defender,    Acct No xx-xxxxxx-2009,    100 High Street,    Second Floor,
               Mount Holly, NJ 08060-1458
516589150     Office of the Public Defender,    25 Market Street,    PO Box 850,    Trenton, NJ 08625-0850
516589156     Office of the Public Defender,    Acct No xx-xxxxxx-2006,    25 Market Street,    PO Box 850,
               Trenton, NJ 08625-0850
516589151     Office of the Public Defender,    Acct No xx-xxxxxx-2007,    25 Market Street,    PO Box 850,
               Trenton, NJ 08625-0850
516589157     Office of the Public Defender,    Acct No xx-xxxxxx-2008,    25 Market Street,    PO Box 850,
               Trenton, NJ 08625-0850
516589159     Office of the Public Defender,    Acct No xx-xxxxxx-2009,    25 Market Street,    PO Box 850,
               Trenton, NJ 08625-0850
516806832    +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516589161    +Penn Credit Corporation,    Acct No 11935477,    PO Box 1259, Department 91047,
               Oaks, PA 19456-1259
516589162    +Powers Kirn,    Acct No xxxxx0707,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516589163     Pressler & Pressler, LLP,    Acct No T60664,    7 Entin Road,    Parsippany, NJ 07054-5020
516589167    +Richard C. Strobel,    Acct No DJ-329968-2006,    795 Woodlane Road, Suite 110,
               Mount Holly, NJ 08060-3832
516589164    +Richard C. Strobel,    Acct No xx-xxxxxx-1998,    795 Woodlane Road, Suite 110,
               Mount Holly, NJ 08060-3832
516589165    +Richard C. Strobel,    Acct No xx-xxxxxx-1999,    795 Woodlane Road, Suite 110,
               Mount Holly, NJ 08060-3832
516589166    +Richard C. Strobel,    Acct No xx-xxxxxx-2001,    795 Woodlane Road, Suite 110,
               Mount Holly, NJ 08060-3832
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jan 15, 2020
                              Form ID: 148             Total Noticed: 61


516589168      +Richard C. Strobel,   Acct No xx-xxxxxx-2011,   795 Woodlane Road, Suite 110,
                 Mount Holly, NJ 08060-3832
516589169      +Security Fence,   107 Cedar Street,   Riverside, NJ 08075-4501
516589170      +South Jersey Gas,   Acct No xxxxx1000,   142 South Main Street,   Glassboro, NJ 08028-2542
516834050      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516589171      +State of New Jersey Department of Labor,   Acct No xxxxx3020,   PO Box 951,
                 Trenton, NJ 08625-0951
516589172      +Trident Asset Management,   Acct No xxxxxxxxx5169,   PO Box 888424,   Atlanta, GA 30356-0424
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: QTJORR.COM Jan 16 2020 04:33:00      Thomas Orr,   Law Office of Thomas J. Orr,
                 321 High Street,   Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:50      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 00:17:45      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516589117       E-mail/Text: maryanneabcbail@yahoo.com Jan 16 2020 00:19:24      ABC Bail Bonds, Inc.,
                 Acct No x-xxxxxx-2015,   215 W. Bridge Street,   Morrisville, PA 19067-7118
516589119      +EDI: CINGMIDLAND.COM Jan 16 2020 04:33:00      AT&T Mobility,   Acct No xxxxxxxxxxxx2739,
                 PO Box 6463,   Carol Stream, IL 60197-6463
516695248       EDI: AIS.COM Jan 16 2020 04:33:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
516611727       E-mail/Text: bankruptcy@pepcoholdings.com Jan 16 2020 00:17:12
                 Atlantic City Electric Company,   Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516589121       EDI: BANKAMER.COM Jan 16 2020 04:33:00      Bank of America,   Acct No xxxxx0707,   PO Box 31785,
                 Tampa, FL 33631-3785
516589129      +E-mail/Text: compliance@chaserec.com Jan 16 2020 00:19:00      Chase Receivables,
                 Acct No 10895568,   1247 Broadway,   Sonoma, CA 95476-7503
516589138       E-mail/Text: kmorgan@morganlaw.com Jan 16 2020 00:18:47      Morgan, Bornstein & Morgan,
                 Acct No x-xxxxxx-2015,   1236 Brace Road,   Suite K,   Cherry Hill, NJ 08034-3269
516777227      +EDI: PRA.COM Jan 16 2020 04:33:00      Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516589160      +E-mail/Text: ebn@vativrecovery.com Jan 16 2020 00:17:14      Palisades Collection, LLC,
                 Acct No xxxxxxxxxxxxx2739,   210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
516589173      +EDI: VERIZONCOMB.COM Jan 16 2020 04:33:00      Verizon Wireless,   Acct No xxxxxxxxx5169,
                 Bankruptcy Administration,   500 Technology Drive,   Suite 550,   Saint Charles, MO 63304-2225
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516589142*     +Office of the Public Defender,   Acct No xx-xxxxxx-2007,   100 High Street,   Second Floor,
                 Mount Holly, NJ 08060-1458
516589143*     +Office of the Public Defender,   Acct No xx-xxxxxx-2007,   100 High Street,   Second Floor,
                 Mount Holly, NJ 08060-1458
516589144*     +Office of the Public Defender,   Acct No xx-xxxxxx-2007,   100 High Street,   Second Floor,
                 Mount Holly, NJ 08060-1458
516589145*     +Office of the Public Defender,   Acct No xx-xxxxxx-2007,   100 High Street,   Second Floor,
                 Mount Holly, NJ 08060-1458
516589148*     +Office of the Public Defender,   Acct No xx-xxxxxx-2008,   100 High Street,   Second Floor,
                 Mount Holly, NJ 08060-1458
516589152*      Office of the Public Defender,   Acct No xx-xxxxxx-2007,   25 Market Street,   PO Box 850,
                 Trenton, NJ 08625-0850
516589153*      Office of the Public Defender,   Acct No xx-xxxxxx-2007,   25 Market Street,   PO Box 850,
                 Trenton, NJ 08625-0850
516589154*      Office of the Public Defender,   Acct No xx-xxxxxx-2007,   25 Market Street,   PO Box 850,
                 Trenton, NJ 08625-0850
516589155*      Office of the Public Defender,   Acct No xx-xxxxxx-2007,   25 Market Street,   PO Box 850,
                 Trenton, NJ 08625-0850
516589158*      Office of the Public Defender,   Acct No xx-xxxxxx-2008,   25 Market Street,   PO Box 850,
                 Trenton, NJ 08625-0850
                                                                                        TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 15, 2020
                              Form ID: 148             Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Thomas  Orr    on behalf of Debtor Tonya N. Turner tom@torrlaw.com,   Torr@ecf.axosfs.com
              Thomas J Orr    on behalf of Debtor Tonya N. Turner tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9
```